IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARY LEONARD PARKER                                                PETITIONER

VS.                           CASE NO. 5:05CV00192 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction                                  RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED,

ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed without

prejudice for failure to exhaust.

SO ADJUDGED this 1st  day of December 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE